IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT ) <br> EMPLOYEES INTERNATIONAL UNION WELFARE ) <br> FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DA ECIB USA, INC., a New York corporation, d/b/a ) <br> BICE RISTORANTE, and ROBERTO RUGGERI, ) <br> an individual, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 10 C 6224 <br><br> JUDGE BLANCHE M. MANNING |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, DA ECIB USA, INC., an New York corporation, d/b/a BICE RISTORANTE, and ROBERTO RUGGERI, an individual, in the total amount of $129,240.17, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,667.50.

On October 26, 2010, the Summons and Complaint was served on Defendant, DA ECIB USA, INC. (by tendering a copy of said documents to Jesselie Moneva, Managing Agent) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 16, 2010.

On October 26, 2010, the Summons and Complaint was served on Defendant, ROBERTO RUGGERI (by tendering a copy of said documents to Jesselie Moneva) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 16, 2010.

As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bice Ristorante\motion for default judgment.lmf.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 24th day of November 2010:

| | |
|---|---|
| DA ECIB USA, Inc.<br>c/o Roberto Ruggeri<br>16 East 52nd Street, Suite 1201<br>New York, NY   10022 | Mr. Roberto Ruggeri<br>16 East 52nd Street, Suite 1201<br>New York, NY   10022 |

Ms. Kathryn Nelson
Jaffe & Berlin, LLC
111 W. Washington Street, Suite 1401
Chicago, IL   60602


                                  /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bice Ristorante\motion for default judgment.lmf.df.wpd