IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) CIVIL ACTION<br>)<br>) NO. 10 C 6224 |
| vs. | )<br>) JUDGE BLANCHE M. MANNING |
| DA ECIB USA, INC., a New York corporation, d/b/a BICE RISTORANTE, and ROBERTO RUGGERI, an individual, | )<br>)<br>)<br>) |
| Defendants. | ) |

## AMENDED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, DA ECIB USA, INC., an New York corporation, d/b/a BICE RISTORANTE, and ROBERTO RUGGERI, an individual, in the total amount of $211,540.82, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $6,140.00.

On December 1, 2010, Defendants' counsel filed their appearances. On December 29, 2010, Defendants' counsel filed a motion for an extension of time to answer or otherwise plead to Plaintiffs' complaint. On the court hearing on December 2, 2010, the court granted Defendants' counsels' motion for extension of time to and including December 30, 2010 to answer Plaintiffs' complaint if settlement was not reached. Since Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bice Ristorante\motion for default judgment-revised.lmf.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on <u>Thursday</u>, the <u>27th</u> day of <u>January 2011</u>, she electronically filed the foregoing document (Amended Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Mr. Jay S. Berlin
> Ms. Kathryn Zeledon Nelson
> Jaffe & Berlin, L.L.C.
> 111 W. Washington Street, Suite 1401
> Chicago, IL 60602
> jberlin@jaffeberlin.com
> kznelson@jaffeberlin.com

                                                           /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Bice Ristorante\motion for default judgment-revised.lmf.df.wpd